**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7 Case** |
| | ) | |
| **PATRICK W. SYLVESTER AND** | ) | **Case No. 12-02681** |
| **TAMMI T. DO** | ) | |
| | ) | **Honorable Carol A. Doyle** |
| **Debtors.** | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF**
**COMPENSATION FOR QUARLES & BRADY LLP,**
**ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE**
**BANKRUPTCY ESTATE OF PATRICK W. SYLVESTER AND TAMMI T. DO**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $32,702.00 for 83.4 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) from August 9, 2013, to the present.  In addition, Q&B requests reimbursement for necessary costs in the amount of $1,019.89.

In support of this Final Application, Trustee states as follows:

## I. COMMENCEMENT OF PROCEEDING

1.      On January 26, 2012, Debtors filed a chapter 7 petition to initiate the above-captioned bankruptcy case, and Philip V. Martino was appointed Trustee.

2.      The 341 meeting was held on March 7, 2012 and continued to April 4, 2012.

3.      Trustee filed a Report of No Distribution on April 5, 2012.

4.      On August 19, 2013, the U.S. Trustee filed a motion to reopen the bankruptcy and on September 4, 2013, this Court granted that motion.

5.      On September 9, 2013, Philip V. Martino was appointed Trustee.

6.      On October 24, 2013, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to August 9, 2013.

7.      All professional services for which compensation is requested herein were

performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other

person.  Trustee separately accounts for his services as Trustee herein, and requests interim

compensation for those services under separate application.

**NATURE OF LEGAL SERVICES PERFORMED BY**
**QUARLES & BRADY LLP**

8.      Q&B has served as counsel for the Trustee at all times in these proceedings since

its appointment on August 9, 2013.  Q&B has devoted its time to legal matters in this case,

including the following:

**A.  EMPLOYMENT OF PROFESSIONAL PERSONS**

9.      Q&B drafted and presented the motion to retain Q&B as Trustee's General

Counsel and began to prepare this motion for fees and costs.  In addition, Q&B drafted and

presented a motion to retain a jewelry consultant to assist Trustee in determining the actual value

of the Ring and to sell the Ring on behalf of Trustee.  In connection with the foregoing, Q&B

expended 7.1 hours (including 1 hour of estimated time to prepare and finalize this fee

application and attend court regarding same) for which it requests compensation of $2,984.50.

An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit**

**A(1).**  The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino | 2.2 |
| Sarah K. Baker | 3.9 |
| Colleen A. Greer | 1.0 |

**B.  ASSETS**

10.     Trustee was informed by BMO Harris Bank that Debtors' diamond ring (the

"**Ring**"), which was disclosed on Debtors' Amended Schedule B, filed April 10, 2012, with a

value of $5,480.00 when combined with the value of other miscellaneous jewelry, was used as

collateral for a loan exceeding $200,000.00.

11.    Debtors originally identified the Ring on their schedules as having a value of

$10,000.00 and later amended their schedules to indicate the Ring's value at $5,480.00.  After

receiving notice that the Ring had been used as collateral on a $200,000 loan, Trustee had Q&B

contact Debtors' attorney for turnover of the Ring.  Prior appraisals of the Ring were located,

valuing the Ring anywhere from $100,00.00 to $190,000.00.  Trustee had an appraisal prepared

by his jewelry consultant, which stated a value of $71,000.00.  The Ring was eventually sold for

$62,500.00.  Q&B prepared the motion to sell the Ring, and attended the hearing by this Court,

wherein the sale was approved.

12.    In addition to the Ring, Debtors amended their schedules to include a pair of

Cartier Gold Love Knot cufflinks ("**Cufflinks**"), which they had sold immediately prior to

bankruptcy.  Debtors informed Trustee that they were able to retrieve the Cufflinks and turn

them over to Trustee for sale.  Shortly after sending the Cufflinks to Trustee, and Q&B preparing

and filing a motion to sell the Cufflinks, Debtors filed an Amended Schedule C to take a

wildcard exemption on the Cufflinks.  Trustee accepted the exemption (see Section C. General

below) and the Cufflinks were returned to Debtor before sale.  In connection with the foregoing,

Q&B expended 58.4 hours for which it requests compensation of $22,725.00.  An itemized

breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).**  The

general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino | 5.7 |
| Sarah K. Baker | 52.1 |
| Paula A. Fedor | .6 |

## C. CLAIMS

13.      The Pennsylvania Department of Revenue ("**Claimant**") filed a proof of claim

(Claim 1) in the amount of $173,112.29.  Claim 1 was filed with a secured claim of $92,347.69,

an unsecured claim of $20,327.95 and a priority claim of $60,436.65.  Trustee sent a letter to

Claimant requesting them to amend Claim 1 or withdraw it prior to June 15, 2014.  Claimant did

not respond to Trustee's request and Trustee instructed Q&B to file an objection to Claim 1.  The

Court ruled that the entire claim of $173,112.29 be classified as unsecured.  In connection with

the foregoing, Q&B expended 3.2 hours for which it requests compensation of $1,168.00.  An

itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit**

**A(3).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Sarah K. Baker | 3.2 |

## D. GENERAL

14.      Q&B worked with the U.S. Trustee's office after Trustee received the information

regarding the value of the Ring, and prepared the motion in connection with reopening the

bankruptcy to administer the assets of the estate and to determine the Debtors' discharge.  In

connection with the foregoing, Q&B expended .9 hours for which it requests compensation of

$310.50.  An itemized breakdown of current services rendered to the Trustee is attached hereto

as **Exhibit A(4).**  The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Sarah K. Baker | .9 |

## C. EXEMPTIONS

15.      Q&B worked with the U.S. Trustee's office with respect to the amended

schedules filed by Debtors.  A Motion to Extend Deadline to Object to Exemptions was prepared

and heard by this Court and approved.  Trustee was contacted by the U.S. Attorney's office and

4

the Federal Bureau of Investigation regarding Debtors and their exemption.  Q&B researched the

viability of Trustee objecting to Debtors' exemptions after Debtors' filed their third amended

schedules B, C and Statement of Financial Affairs.  In connection with the foregoing, Q&B

expended 13.8 hours for which it requests compensation of $5,514.00.  An itemized breakdown

of current services rendered to the Trustee is attached hereto as **Exhibit A(5).**  The general

breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino | 1.8 |
| Sarah K. Baker | 12.0 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

16.     Since August 9, 2013, Q&B has devoted 83.4 hours (including 1 hour of

estimated time) to represent the Trustee, and has provided this estate with actual and necessary

legal services worth $32,702.00.

17.     In addition, Q&B requests reimbursement for necessary costs in the amount of

$1,019.89 for photocopy charges ($.10 per page) incurred for service of the motions to sell the

Ring and Cufflinks, filing fees, appraisal, process server and delivery charges for return of the

Cufflinks.  A breakdown of said costs is attached hereto as **Exhibit B**.

18.     Attached as **Exhibit C** is a biographical sketch (including billing rates) of the

Q&B personnel who performed services on this matter during the term of this Application.

19.     Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A.     Authorizing payment to Q&B compensation in this bankruptcy proceeding in the

amount of $32,702.00 for actual, necessary and valuable professional services rendered;

QB\26675092.2

B.      Authorizing reimbursement of actual and necessary costs of $1,019.89; and

C.      For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By:___/s/Philip V. Martino
            Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000



4501 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**Tax ID No. 39-0432630**

## INVOICE SUMMARY

Invoice Number:    1968133                                    Privileged & Confidential
Invoice Date:      July 24, 2014

Philip V. Martino as Trustee for - Sylvester/Do
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through July 24, 2014
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 153616.00003

| | | |
|---|---|---|
| Current Fees: | $ | 2,354.50 |
| Current Total Due: | $ | 2,354.50 |
| **TOTAL AMOUNT DUE:** | **$** | **2,354.50** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for - Sylvester/Do Patrick W Sylvester and          July 24, 2014
Tammi Do

RE: Professional Retention Chapter 7 Bankruptcy                                  Invoice Number: 1968133
Q & B Matter Number: 153616.00003                                                Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 10/14/13 | Review and revise retention motion and affidavit (.2); conference with Baker regarding same (.1). | PMARTINO | 0.30 |
| 10/14/13 | Review and revise Motion to Retain Q&B as counsel to Trustee. | SBAKER | 1.30 |
| 10/14/13 | Prepare draft application to employ Quarles & Brady as counsel for Trustee (.5). | CGREER | 0.50 |
| 11/25/13 | E-mails regarding diamond ring sale and broker retention. | PMARTINO | 0.20 |
| 11/26/13 | Revise application to retain jewelry consultant. | SBAKER | 1.50 |
| 11/27/13 | Telephone call with G. Zimmerman regarding retention affidavit. | SBAKER | 0.20 |
| 11/27/13 | Revise Motion to Retain and Affidavit in Support. | SBAKER | 0.70 |
| 12/05/13 | Review and revise time entries. | PMARTINO | 0.20 |
| 01/03/14 | Review and revise December time entries. | PMARTINO | 0.20 |
| 02/04/14 | Review and revise January time entries. | PMARTINO | 0.10 |
| 02/04/14 | Prepare draft motion to retain Matsakis as auctioneer for Trustee (.5). | CGREER | 0.50 |
| 02/05/14 | Draft e-mail to C. Matsakis regarding retention motion. | SBAKER | 0.20 |
| 02/11/14 | Emails to Matsakis regarding retention terms and affidavit. | PMARTINO | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 1.20 | 630.00 | 756.00 |
| SBAKER | Sarah K. Baker | 3.90 | 365.00 | 1,423.50 |
| CGREER | Colleen A. Greer | 1.00 | 175.00 | 175.00 |
| Total | | 6.10 | | 2,354.50 |

Total Fees:                          $      2,354.50



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**INVOICE SUMMARY**

**Tax ID No. 39-0432630**

Invoice Number:    1968131                          Privileged & Confidential
Invoice Date:       July 24, 2014

Philip V. Martino as Trustee for - Sylvester/Do
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through July 24, 2014
Re: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 153616.00005

|  |  |  |
|---|---|---|
| Current Fees: | $ | 22,725.50 |
| Current Total Due: | $ | 22,725.50 |
| **TOTAL AMOUNT DUE:** | **$** | **22,725.50** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for - Sylvester/Do Patrick W Sylvester and Tammi Do       July 24, 2014

RE: Assets Chapter 7 Bankruptcy                                    Invoice Number: 1968131
Q & B Matter Number: 153616.00005                                  Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 08/12/13 | Telephone call with C. Landon regarding items to be store in safe. | SBAKER | 0.20 |
| 08/12/13 | Draft e-mail to C. Landon regarding items to be store in safe. | SBAKER | 0.10 |
| 08/15/13 | Review e-mail from P. Martino regarding turnover of diamond ring. | SBAKER | 0.10 |
| 08/15/13 | Draft e-mail to J. Redfield regarding turnover of diamond ring. | SBAKER | 0.10 |
| 09/12/13 | Review e-mails from P. Martino and J. Redfield regarding turn over of diamond ring. | SBAKER | 0.20 |
| 10/04/13 | Emails and review numerous documents regarding abandonment motion, valuation, trial exhibits, appraisal and related matters (.9) | PMARTINO | 0.90 |
| 10/04/13 | Review e-mails from P. Martino and C. McManus regarding appraisal of ring. | SBAKER | 0.30 |
| 10/07/13 | Review Motion to Deem Property Abandoned and caselaw in support of same. | SBAKER | 2.70 |
| 10/08/13 | Confer with attorney regarding Subpoena to be served (.1); coordinate service of process of Subpoena to Graff Diamonds (.1); address form of subpoena with attorneys (.1); communications with process server regarding status of service of subpoena (.1); report status of same to attorney (.1). | PAF | 0.50 |
| 10/08/13 | Draft and serve subpoena on Graff Diamonds. | SBAKER | 2.00 |
| 10/08/13 | Continue review of cases in support of Motion to Deem Property Abandoned in preparation of hearing. | SBAKER | 1.20 |
| 10/08/13 | E-mails to and conference with Baker regarding subpoena, service and related issues. | PMARTINO | 0.50 |
| 10/09/13 | Attend hearing on Motion to Deem Property Abandoned. | SBAKER | 1.30 |
| 10/09/13 | Draft e-mail to C. McManus regarding diamond ring. | SBAKER | 0.20 |
| 10/11/13 | Follow-up regarding status of service of Subpoena to Graff Diamonds. | PAF | 0.10 |
| 10/15/13 | Research regarding technical abandonment. | SBAKER | 2.40 |
| 10/24/13 | Research on revocation of technical abandonment under Rule 60. | SBAKER | 3.00 |
| 10/24/13 | Draft objection to Motion to Deem diamond ring abandoned and Motion for Turnover. | SBAKER | 3.50 |
| 10/25/13 | Draft opposition to Motion to Deem Property Abandoned. | SBAKER | 8.20 |

Philip V. Martino as Trustee for - Sylvester/Do Patrick W. Sylvester and Tammi Do                                                    July 24, 2014

RE: Assets Chapter 7 Bankruptcy                                                    Invoice Number: 1968131
Q & B Matter Number: 153616.00005                                                    Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 10/28/13 | Review opposition to Motion to Deem Ring Abandoned. | SBAKER | 2.50 |
| 10/28/13 | Review and revise motion to turnover and to revoke abandonment (1.2); e-mails to/from Baker regarding same (.1). | PMARTINO | 1.30 |
| 10/29/13 | Telephone call with P. Martino regarding opposition to Motion to Deem Ring Abandoned. | SBAKER | 0.20 |
| 10/30/13 | Cite check objection and prepare for filing and service. | SBAKER | 2.50 |
| 11/06/13 | Telephone calls with J. Redfield regarding turnover of diamond ring. | SBAKER | 0.30 |
| 11/06/13 | Draft e-mails to P. Martino regarding turnover of diamond ring. | SBAKER | 0.20 |
| 11/08/13 | Telephone call with J. Redfield regarding turnover of ring. | SBAKER | 0.10 |
| 11/08/13 | Draft e-mail to J. Redfield regarding turnover of ring. | SBAKER | 0.10 |
| 11/11/13 | Telephone call with P. Sylvester regarding turnover of ring. | SBAKER | 0.20 |
| 11/12/13 | Receive, photograph, and make preparations for storage of ring. | SBAKER | 2.00 |
| 11/15/13 | Review e-mails from P. Martino and P. Bitterman regarding appraisal of ring. | SBAKER | 0.20 |
| 11/18/13 | Draft e-mail to H. Cogan regarding production of documents. | SBAKER | 0.20 |
| 11/18/13 | Review e-mails from P. Martino and P. Bitterman regarding appraisal of ring. | SBAKER | 0.20 |
| 11/20/13 | Review e-mails from P. Martino regarding diamond ring appraisal. | SBAKER | 0.20 |
| 11/22/13 | Review e-mails from P. Martino regarding appraisal of ring. | SBAKER | 0.30 |
| 11/22/13 | Review e-mail from H. Logan regarding GIA certificate. | SBAKER | 0.10 |
| 12/05/13 | Telephone call with G. Zimmerman regarding marketing of ring. | SBAKER | 0.20 |
| 12/05/13 | Draft e-mails to G. Zimmerman regarding sale of ring. | SBAKER | 0.20 |
| 12/05/13 | Begin draft of sale motion. | SBAKER | 1.00 |
| 12/06/13 | E-mails to/from and conference with jewelry broker regarding sale process (.3); conference with Baker regarding timeline for motion (.1); follow up discussion with Zimmerman regarding offer and letter (.2); e-mail regarding same (.1). | PMARTINO | 0.70 |
| 12/06/13 | Draft Motion to Sell Ring. | SBAKER | 7.00 |

Philip V. Martino as Trustee for - Sylvester/Do Patrick W. Sylvester and Tammi Do      July 24, 2014

RE: Assets Chapter 7 Bankruptcy                                    Invoice Number: 1968131
Q & B Matter Number: 153616.00005                                  Page 4

| Date | Description | Professional | Hours |
|---|---|---|---|
| 12/06/13 | Review e-mails from P. Martino and G. Silver regarding Motion to Sell Ring. | SBAKER | 0.30 |
| 12/10/13 | Review Sale Motion in preparation of hearing. | SBAKER | 0.50 |
| 12/11/13 | Attend hearing on Motion to Sell Ring. | SBAKER | 1.00 |
| 12/12/13 | Draft report of sale. | PMARTINO | 0.30 |
| 12/12/13 | Review invoices for sale of ring and draft e-mail to G. Zimmerman regarding same. | SBAKER | 0.20 |
| 12/19/13 | Review report of sale. | SBAKER | 0.10 |
| 01/03/14 | Analyze amended schedules and SOFA (.6); e-mail to Redfield regarding same, turnover, exceptions, documents (1.0); conference with Baker and Silver regarding same (.2). | PMARTINO | 1.80 |
| 01/03/14 | Telephone calls with P. Martino regarding amended schedules. | SBAKER | 0.20 |
| 01/03/14 | Draft e-mail to P. Martino regarding amended schedules. | SBAKER | 0.30 |
| 01/03/14 | Review e-mail from P. Martino regarding amended schedules and request for information for debtors. | SBAKER | 0.20 |
| 01/16/14 | Review and respond to e-mails from P. Martino regarding post-petition transfer of estate property. | SBAKER | 0.30 |
| 02/05/14 | Draft retention and sale motion. | SBAKER | 2.50 |
| 02/06/14 | Review and revise sale motion. | PMARTINO | 0.20 |
| 02/06/14 | Review amended schedules. | SBAKER | 0.10 |
| 02/11/14 | Revise Motion to Sell Cuff Links. | SBAKER | 0.60 |
| 02/11/14 | Revise proposed order on motion to extend deadline to object to exemptions. | SBAKER | 0.30 |
| 02/11/14 | Telephone call with P. Martino regarding sale of cuff links. | SBAKER | 0.20 |
| 02/19/14 | Attend hearing on Motion to Extend Deadline to Object to Exemptions. | SBAKER | 1.10 |
| 03/05/14 | Review e-mails regarding Objection to Exemptions. | SBAKER | 0.20 |
| 03/10/14 | Review amended schedules. | SBAKER | 0.10 |
| 03/25/14 | Review e-mail from J. Redfield regarding return of cuff links. | SBAKER | 0.10 |
| 05/15/14 | Review e-mail form J. Redfield regarding debtors' exemption check. | SBAKER | 0.10 |
| 05/22/14 | Review and revise fee application. | SBAKER | 0.50 |

Philip V. Martino as Trustee for - Sylvester/Do Patrick W. Sylvester and          July 24, 2014
Tammi Do
RE: Assets Chapter 7 Bankruptcy                                                  Invoice Number: 1968131
Q & B Matter Number: 153616.00005                                                Page 5

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 5.70 | 630.00 | 3,591.00 |
| SBAKER | Sarah K. Baker | 52.10 | 364.73 | 19,002.50 |
| PAF | Paula A. Fedor | 0.60 | 220.00 | 132.00 |
| Total | | 58.40 | | 22,725.50 |

Total Fees:                          $        22,725.50



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**Tax ID No. 39-0432630**

## INVOICE SUMMARY

Invoice Number:    1968132
Invoice Date:    July 24, 2014

Privileged & Confidential

Philip V. Martino as Trustee for - Sylvester/Do
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through July 24, 2014
Re: Claims Chapter 7 Bankruptcy
Q & B Matter Number: 153616.00004

|  |  |  |
|---|---|---|
| Current Fees: | $ | 1,168.00 |
| Current Total Due: | $ | 1,168.00 |
| **TOTAL AMOUNT DUE:** | **$** | **1,168.00** |

EXHIBIT A(3)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for - Sylvester/Do Patrick W. Sylvester and Tammi Do

July 24, 2014

RE: Claims Chapter 7 Bankruptcy

Invoice Number: 1968132

Q & B Matter Number: 153616.00004

Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/26/14 | Revise Objection to Secured Claim. | SBAKER | 2.00 |
| 07/23/14 | Attend hearing on objection to claim of PA Department of Revenue. | SBAKER | 1.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| SBAKER | Sarah K. Baker | 3.20 | 365.00 | 1,168.00 |
| Total | | 3.20 | | 1,168.00 |

Total Fees:          $          1,168.00



Quarles & Brady LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**Tax ID No. 39-0432630**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Invoice Number: | 1968130 | Privileged & Confidential |
| Invoice Date: | July 24, 2014 | |

Philip V. Martino as Trustee for - Sylvester/Do
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through July 24, 2014
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 153616.00006

| | | |
|---|---|---|
| Current Fees: | $ | 310.50 |
| Current Total Due: | $ | 310.50 |
| **TOTAL AMOUNT DUE:** | **$** | **310.50** |

EXHIBIT A(4)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for - Sylvester/Do Patrick W Sylvester and
Tammi Do
RE: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 153616.00006

July 24, 2014

Invoice Number: 1968130
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 08/09/13 | Review and respond to e-mail from P. Martino regarding Do and Sylvester case. | SBAKER | 0.20 |
| 08/12/13 | Review e-mail from G. Silver regarding Debtors' discharge. | SBAKER | 0.10 |
| 08/27/13 | Review email from J. Redfield regarding motion to reopen case. | SBAKER | 0.10 |
| 08/27/13 | Draft email to P. Martino regarding motion to reopen case. | SBAKER | 0.10 |
| 08/28/13 | Review and respond to e-mail from G. Silver regarding Motion to Reopen Case. | SBAKER | 0.20 |
| 09/12/13 | Draft and review e-mail from G. Silver regarding status. | SBAKER | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| SBAKER | Sarah K. Baker | 0.90 | 345.00 | 310.50 |
| Total | | 0.90 | | 310.50 |

Total Fees: $ 310.50



401 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**Tax ID No. 39-0432630**

## INVOICE SUMMARY

| | |
|---|---|
| Invoice Number: | 1968129 |
| Invoice Date: | July 24, 2014 |

Privileged & Confidential

Philip V. Martino as Trustee for - Sylvester/Do
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through July 24, 2014
Re: Exemptions
Q & B Matter Number: 153616.00007

| | | |
|---|---|---|
| Current Fees: | $ | 5,514.00 |
| Current Total Due: | $ | 5,514.00 |
| **TOTAL AMOUNT DUE:** | **$** | **5,514.00** |

EXHIBIT A(5)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for - Sylvester/Do Patrick W. Sylvester and Tammi Do
RE: Exemptions
Q & B Matter Number: 153616.00007

July 24, 2014

Invoice Number: 1968129
Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 01/03/14 | Brief research regarding amended exemptions (.5); conference with Baker regarding same (.1). | PMARTINO | 0.60 |
| 01/06/14 | Follow up research regarding exemptions. | PMARTINO | 0.30 |
| 01/07/14 | E-mails to/from Redfield, Baker and Silver regarding amendments (.1); review 3rd amended schedules B, C and SOFA (.2). | PMARTINO | 0.30 |
| 01/07/14 | Research regarding objections to amended exemptions. | SBAKER | 4.00 |
| 01/08/14 | Research regarding objections to exemptions. | SBAKER | 3.00 |
| 01/14/14 | Review e-mail from J. Redfield regarding Debtors' schedules and exemptions. | SBAKER | 0.10 |
| 01/14/14 | Review e-mails from J. Redfield regarding schedules and exemptions. | SBAKER | 0.20 |
| 01/22/14 | Telephone call with P. Martino regarding Motion to Extend Deadline to Object to Exemptions. | SBAKER | 0.20 |
| 01/25/14 | Draft motion for extension of deadline to object to claim of exempt assets. | SBAKER | 4.00 |
| 01/27/14 | Revise motion to extend deadline to object to exemptions. | SBAKER | 0.50 |
| 01/27/14 | Review and revise motion to extend time to object. | PMARTINO | 0.30 |
| 03/12/14 | Email to U.S. Attorney and FBI regarding case status, amended exemption in cufflinks and closing case. | PMARTINO | 0.30 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 1.80 | 630.00 | 1,134.00 |
| SBAKER | Sarah K. Baker | 12.00 | 365.00 | 4,380.00 |
| Total | | 13.80 | | 5,514.00 |

|  |  |  | Total Fees: | $ | 5,514.00 |



401 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**Tax ID No. 39-0432630**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Invoice Number: | 1968135 | Privileged & Confidential |
| Invoice Date: | July 24, 2014 | |

Philip V. Martino as Trustee for - Sylvester/Do
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through July 24, 2014
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 153616.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 1,019.89 |
| Current Total Due: | $ | 1,019.89 |
| **TOTAL AMOUNT DUE:** | **$** | **1,019.89** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for - Sylvester/Do Patrick W. Sylvester and Tammi Do              July 24, 2014

RE: General/Costs Chapter 7 Bankruptcy                              Invoice Number: 1968135
Q & B Matter Number: 153616.00006                                   Page 2


**DISBURSEMENTS:**

| | | | |
|---|---|---|---|
| 10/22/13 | Illinois Process Servers Fee to serve Subpoena to Graff Diamonds and advance witness fee | $ | 115.00 |
| 11/26/13 | Professional Gem Sciences Laboratory, Ltd. Appraisal of Diamond Ring for Sylvester/Do Chapter 7 case | | 450.00 |
| 01/09/14 | Filing Fee for Motion to Sell | | 176.00 |
| 04/10/14 | Paid To U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOI FILING FEE FOR MOTION TO EMPLOY, SELL AND PAY | | 176.00 |
| 04/15/14 | United Parcel Service of America Inc Delivery to Patrick Sylvester 3/25/14 | | 9.09 |
| | Copy charges | | 93.80 |
| | Total Disbursements: | $ | 1,019.89 |
| | Total Fees and Disbursements: | $ | 1,019.89 |

## <u>BIOGRAPHICAL INFORMATION</u>

**Philip V. Martino** is a partner at Quarles & Brady.  He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982).  Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; and his current hourly billing rate is $630.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago.  She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006.  Ms. Baker is a member of the Pennsylvania and Illinois bars.  Her hourly billing rate for fiscal year 2013 was 345.00; and her current hourly billing rate is $365.00.

**Paula A. Fedor** is a paralegal in the Q&B Chicago office.  She has been a paralegal with the Q&B Chicago office for almost 20 years.  Ms. Fedor's hourly billing rate is $220.00.

**Colleen A. Greer** is a legal project assistant.  Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 24 years.  Her hourly billing rate is $175.00.

EXHIBIT C

**STATE OF ILLINOIS**      )
                               ) SS
**COUNTY OF COOK**      )

I, Philip V. Martino, on oath, state as follows:

1.      I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtors.

2.      This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3.      In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4.      In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5.      In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6.      In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7.      In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8.      I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9.      I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

EXHIBIT D

10.	I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11.	To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I Declare Under Penalty of Perjury
That the Foregoing is True and Correct.

QB\26675092.2