CAROL A. DOYLE
**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
CHICAGO  DIVISION

In re:                                    §
                                          §
SYLVESTER, PATRICK W                      §        Case No. 12-02681
DO, TAMMI T                               §
                                          §
                                          §
          Debtor(s)                       §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE BANKRUPTCY COURT
        219 SOUTH DEARBORN STREET,  ROOM 713
        CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/04/2014 in Courtroom 742,
        United States Bankruptcy Court
        219 South Dearborn Street
        Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/07/2014                  By: Clerk of the Bankruptcy Court
                                              Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

*CHICAGO, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
SYLVESTER, PATRICK W § Case No. 12-02681
DO, TAMMI T §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 62,500.00 |
| and approved disbursements of | $ | 8,774.22 |
| leaving a balance on hand of[1] | $ | 53,725.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 6,272.50 | $ 0.00 | $ 6,272.50 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 32,702.00 | $ 0.00 | $ 32,702.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 1,019.89 | $ 0.00 | $ 1,019.89 |
| Other: Garry Zimmerman | $ 6,250.00 | $ 6,250.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 39,994.39 |
| Remaining Balance | | $ | 13,731.39 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 736,451.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Internal Revenue Service | $ 635,176.40 | $ 0.00 | $ 11,843.07 |
| 000005A | Illinois Department of Revenue Bankruptcy Section | $ 40,838.92 | $ 0.00 | $ 761.46 |
| 000001B | Pennsylvania Department of Revenue | $ 60,436.65 | $ 0.00 | $ 1,126.86 |
| | Total to be paid to priority creditors | | | $ 13,731.39 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,124,994.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Pennsylvania Department of Revenue | $ 112,675.64 | $ 0.00 | $ 0.00 |
| 000002 | Discover Bank | $ 5,358.16 | $ 0.00 | $ 0.00 |
| 000003 | Nordstrom fsb | $ 5,076.20 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Management Recruiters International | $ 535,523.17 | $ 0.00 | $ 0.00 |
| 000007 | Capital One Bank (USA), N.A. | $ 2,072.20 | $ 0.00 | $ 0.00 |
| 000008 | American Express Centurion Bank | $ 42,271.58 | $ 0.00 | $ 0.00 |
| 000009 | American Express Bank, FSB | $ 13,824.13 | $ 0.00 | $ 0.00 |
| 000010 | American InfoSource LP as agent for | $ 24,547.02 | $ 0.00 | $ 0.00 |
| 000011 | BMO Harris Bank NA | $ 183,757.23 | $ 0.00 | $ 0.00 |
| 000004B | Internal Revenue Service | $ 158,642.44 | $ 0.00 | $ 0.00 |
| 000005B | Illinois Department of Revenue | $ 41,246.44 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors         $         0.00

Remaining Balance         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
             Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-02681-CAD
Patrick W Sylvester                                                   Chapter 7
Tammi T Do
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams              Page 1 of 2           Date Rcvd: Aug 08, 2014
                              Form ID: pdf006              Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2014.
```
db/jdb         +Patrick W Sylvester,    Tammi T Do,    1683 Braeside Lane,    Northbrook, IL 60062-5522
18405937        ACI,    2420 Sweet Home Road,    Suite 150,    Buffalo, NY 14228-2244
21476479        American Express Bank, FSB,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18676190        American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
18405938       +Asset Acceptance, LLC,    c/o Blitt & Gaines, PC,    661 Glenn Ave.,    Wheeling, IL 60090-6017
18637970       +BMO Harris Bank NA,    f/k/a Harris N A Martin J.,    Wasserman /Carlson Dash LLC,
                 216 S Jefferson street suite 504,    Chicago,IL 60661-5698
18405939        Bank of America,    P.O. Box 15025,    Wilmington, DE 19886-5025
18405940       +Bank of America, NA,    301 S. King Drive,    Charlotte, NC 28255-0001
18405941       +Britt Taner,    1300 N. State Parkway,    Chicago, IL 60610-8653
18405942        Capital One,    P.O. Box 105474,    Atlanta, GA 30348-5474
18405943        Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
21426886        Capital One Bank (USA), N.A.,     by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
18405944        Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
18405946       +CitiMortgage,    c/o Codilis & Associates,    15W030 N. Frontage Rd., Suite 100,
                 Willowbrook, IL 60527-6921
18637971       +Codilis & Assc P C,    15W030 N Frontage Rd suite 1300,    Burr Ridge, IL 60527-6921
18637972       +De Lage Landen,    Pob 41602,    Philadelphia,PA 19101-1602
18405950        Encore Receivable Management, Inc.,    P.O. Box 3330,    Olathe, KS 66063-3330
18405951       +Eric Thompson,    Jones Lang LaSalle Americas,    1375 E. Woodfield Road, Suite C-50,
                 Schaumburg, IL 60173-5410
18405953       +Freedman Anselmo Lindberg LLC,    1807 W. Diehl Road, Suite 333,    P.O. Box 3228,
                 Naperville, IL 60566-3228
18637973       +Harris & Harris Ltd,    222 Merchandise Mart Plaza suite 1900,    Chicago,IL 60654-1421
18405954       +Harris, NA,    c/o Martin J. Wasserman,    216 S. Jefferson, Suite 216,    Chicago, IL 60661-5608
18405956       +Illinois Department of Revenue,    P.O. Box 19035,    Philadelphia, PA 19138-0035
18405955       +Illinois Department of Revenue,    100 W. Randolph Street,    7th Floor,    Chicago, IL 60601-3290
21337419        Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,
                 Chicago, Illinois 60664-0338
18637969        Illinois Dept of Revenue,    ob 88292,    Chicago,IL 60680
18405959       +Klein Daday Aretos & ODonoghue,    2550 W. Golf Rd., Suite 250,    Rolling Meadows, IL 60008-4014
18405960       +Management Recruiters International,    1717 Arch Street,    36th Floor,
                 Philadelphia, PA 19103-2792
21365325       +Management Recruiters International,    Inc, Ann Santomas,    1717 Arch Street,35th flr,
                 Philadelphia, PA 19103-2739
18405962       +Midland Funding LLC,    c/o Blatt Hasenmiller, Leibsker,    125 S. Wacker Dr., Suite 400,
                 Chicago, IL 60606-4440
18405963        New York State Department of,    Taxation & Finance,    P.O. Box 4144,    Binghamton, NY 13902-4144
18405964        Nordstrom Bank,    P.O. Box 13549,    Scottsdale, AZ 85267-3549
18405966       +Northland Credit Control,    3617 Vera Cruz Avenue North,    Minneapolis, MN 55422-2097
18405967        Pennsylvania Department of Revenue,    Lein Section,    P.O. Box 280946,
                 Harrisburg, PA 17128-0948
18637976       #+Redline Recovery,    5959 Corporate Drive,    suite 1400,    Houston, TX 77036-2311
18405968       +Renaissance Recovery Services, Inc.,    P.O. Box 1095,    Park Ridge, IL 60068-7095
18891136       +Richoh Americas Corp,    Pob 41602,    Philadelphia,PA 19101-1602
18405969       #+Robert Mizel,    Maizel Legal Associates, Inc.,    1500 JFK Blvd.,    Suite 1700,
                 Philadelphia, PA 19102-1726
18891137       +The Chartwell Law Offices LLP,    BNY Mellon Bank Center,    1735 Market Street 29th Fl,
                 Philadelphia, PA 19103-7533
18637977       +Wells Fargo Equipment Finance Inc,    NW 5934,    Pob 1450,    Minneapolis,MN 55485-1450
18637978       +Zwicker and Assc P.C.,    7366 N Lincoln Ave suite 404,    Lincolnwood,IL 60712-1741
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21534336        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2014 00:47:08
                 American InfoSource LP as agent for,    Asset Acceptance,    as assignee of CITIBANK,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
18405947        E-mail/Text: bankruptcy@phila.gov Aug 09 2014 00:42:28      City of Philadelphia,
                 Dept. of Revenue,    P.O. Box 1630,    Philadelphia, PA 19105-1630
18405945        E-mail/Text: bk.notifications@jpmchase.com Aug 09 2014 00:41:22      Chase Auto Finance,
                 P.O. Box 9001083,    Louisville, KY 40290-1083
21282313        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 09 2014 00:53:29      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18405949        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 09 2014 00:53:29      Discover Card,
                 P.O. Box 6103,    Carol Stream, IL 60197-6103
18405957        E-mail/Text: cio.bncmail@irs.gov Aug 09 2014 00:41:04      Internal Revenue Service,
                 Cincinnati, OH 45999-0025
18405958       +E-mail/PDF: ebankruptcy@arraysg.com Aug 09 2014 00:46:53      JCC,    P.O. Box 519,
                 Sauk Rapids, MN 56379-0519
18637975       +E-mail/Text: bknotices@mbandw.com Aug 09 2014 00:42:18      McCarthy Burges & Wolfe,
                 26000 Cannon Road,    Cleveland,OH 44146-1807
18405965       +E-mail/Text: bnc@nordstrom.com Aug 09 2014 00:41:03     Nordstrom Bank,    P.O. Box 6565,
                 Englewood, CO 80155-6565
```

```
District/off: 0752-1          User: dwilliams           Page 2 of 2                 Date Rcvd: Aug 08, 2014
                              Form ID: pdf006           Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21313053      +E-mail/Text: bnc@nordstrom.com Aug 09 2014 00:41:03      Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
18405970      +E-mail/Text: mbonilla@thebancorp.com Aug 09 2014 00:40:51       The Bancorp Bank,   Loan Services,
               409 Silverside Road, Suite 105,    Wilmington, DE 19809-1771
18405971      +E-mail/Text: cio.bncmail@irs.gov Aug 09 2014 00:41:04      United States of America,
               c/o Joel R. Nathan,   219 S. Dearborn Street, 5th Fl.,    Chicago, IL 60604-2029
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21453628*     American Express Centurion Bank,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18405948    ##+Daniel E. Fajerstein,    555 Skokie Blvd., Suite 500,   Northbrook, IL 60062-2845
18405952    ##+Frederick J. Hanna & Associates PC,    1427 Roswell Road,   Marietta, GA 30062-3668
18637974    ##+Hutchinson Warren & Assc,    39393 Van Dyke suite 103,   Pob 8018,
               Sterling Heights,MI 48311-8018
18405961    ##+Mark R. Rosenbaum,    Fischel & Kahn, Ltd.,   190 S. LaSalle Street, Suite 2850,
               Chicago, IL 60603-3499
                                                                                       TOTALS: 0, * 1, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2014                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2014 at the address(es) listed below:
              Colleen E McManus    on behalf of Creditor    BMO Harris Bank N.A. cmcmanus@carlsondash.com,
               knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
              Colleen E McManus    on behalf of Plaintiff    BMO Harris Bank N.A. f/k/a Harris N.A.
               cmcmanus@carlsondash.com,
               knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
              Darren L Besic    on behalf of Creditor    JPMorgan Chase Bank, N.A. dbesic@aol.com,
               nancy@dbesiclaw.com
              Jeremy J Kramer    on behalf of Creditor Britt  Taner Jeremy@jkramerlaw.com
              Joel P Fonferko    on behalf of Creditor    CITIMORTGAGE, INC. ND-One@il.cslegal.com
              John H Redfield    on behalf of Debtor Patrick W Sylvester jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              John H Redfield    on behalf of Joint Debtor Tammi T Do jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              John H Redfield    on behalf of Defendant Tammie T. Do jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              Kurt M Carlson    on behalf of Creditor    BMO Harris Bank N.A. kcarlson@carlsondash.com,
               knoonan@carlsondash.com
              M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
              Martin J Wasserman    on behalf of Plaintiff    BMO Harris Bank N.A. f/k/a Harris N.A.
               mwasserman@carlsondash.com,  knoonan@carlsondash.com
              Martin J Wasserman    on behalf of Creditor    BMO Harris Bank N.A. mwasserman@carlsondash.com,
               knoonan@carlsondash.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Sarah Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               stella.love@quarles.com
                                                                                              TOTAL: 15
```