CAROL A. DOYLE

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SYLVESTER, PATRICK W | § | Case No. 12-02681 |
| DO, TAMMI T | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO _____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Patrick W. Sylvester and Tammi T. Do | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL | | | | | |
| CONGRESSIONAL BANK | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| GARRY ZIMMERMAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000004A | INTERNAL REVENUE SERVICE | | | | | |
| 000001B | PENNSYLVANIA DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000008 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000010 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000011 | BMO HARRIS BANK NA | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DISCOVER BANK | | | | | |
| 000005B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000004B | INTERNAL REVENUE SERVICE | | | | | |
| 000006 | MANAGEMENT RECRUITERS INTERNATIONAL | | | | | |
| 000003 | NORDSTROM FSB | | | | | |
| 000001A | PENNSYLVANIA DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-02681 CAD Judge: CAROL A. DOYLE | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | SYLVESTER, PATRICK W | Date Filed (f) or Converted (c): | 01/26/12 (f) |
| | DO, TAMMI T | 341(a) Meeting Date: | 03/07/12 |
| For Period Ending: | 11/18/14 | Claims Bar Date: | 02/26/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DIAMOND RING | 5,000.00 | 60,450.00 | | 62,500.00 | FA |
| 2. Cartier Cuff Links (u) | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $5,000.00 | $60,450.00 | | $62,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/14        Current Projected Date of Final Report (TFR): 09/30/14

Page: 1

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-02681 -CAD |
| Case Name: | SYLVESTER, PATRICK W |
| | DO, TAMMI T |
| Taxpayer ID No: | *******5293 |
| For Period Ending: | 11/18/14 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9812  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 56,196.07 | | 56,196.07 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 40.41 | 56,155.66 |
| 04/01/14 | 005001 | INTERNATIONAL SURETIES, LTD. | pro rata bond premium | 2300-000 | | 55.02 | 56,100.64 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 83.48 | 56,017.16 |
| 04/09/14 | 005002 | Patrick W. Sylvester and Tammi T. Do | Exemption in Diamond Ring | 8100-000 | | 2,050.00 | 53,967.16 |
| | | c/o John H Redfield | | | | | |
| | | Crane, Heyman, Simon, Welch & Clar | | | | | |
| | | 135 S. LaSalle Street | | | | | |
| | | Suite 3705 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 80.62 | 53,886.54 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 83.16 | 53,803.38 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 77.60 | 53,725.78 |
| 09/05/14 | 005003 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 6,272.50 | 47,453.28 |
| | | Chapter 7 Bankruptcy of Sylvester/Do | | | | | |
| 09/05/14 | 005004 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | | 28,721.89 | 18,731.39 |
| | | | Fees         27,702.00 | 3110-000 | | | |
| | | | Expenses       1,019.89 | 3120-000 | | | |
| 09/05/14 | 005005 | Pennsylvania Department of Revenue | Claim 000001B, Payment 2.54346% | 5800-000 | | 1,537.18 | 17,194.21 |
| 09/05/14 | 005006 | Internal Revenue Service | Claim 000004A, Payment 2.54346% | 5800-000 | | 16,155.48 | 1,038.73 |
| | | Cincinnati, OH 45999-0025 | | | | | |
| 09/05/14 | 005007 | Illinois Department of Revenue Bankruptcy Section | Claim 000005A, Payment 2.54348% | 5800-000 | | 1,038.73 | 0.00 |
| | | P.O. Box 64338 | | | | | |
| | | Chicago, Illinois 60664-0338 | | | | | |

Page Subtotals                    56,196.07         56,196.07

Ver: 18.03a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-02681  -CAD | |
| Case Name: | SYLVESTER, PATRICK W | |
| | DO, TAMMI T | |
| Taxpayer ID No: | *******5293 | |
| For Period Ending: | 11/18/14 | |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9812  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 56,196.07 | 56,196.07 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 56,196.07 | 0.00 | |
| | | | | Subtotal | | 0.00 | 56,196.07 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 2,050.00 | |
| | | | | Net | | 0.00 | 54,146.07 | |

Page Subtotals                    0.00                    0.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2                                                                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                         Exhibit 9

| Case No: | 12-02681  -CAD | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SYLVESTER, PATRICK W | | Bank Name: | CONGRESSIONAL BANK |
| | DO, TAMMI T | | Account Number / CD #: | *******0416  Congressional Checking Account |
| Taxpayer ID No: | *******5293 | | | |
| For Period Ending: | 11/18/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/13/13 | 1 | Zeit, LLC | Liquidation of Diamond Ring | | 56,250.00 | | 56,250.00 |
| | | GARRY ZIMMERMAN, WINDY CITY | Memo Amount:       (      6,250.00 ) | 3991-000 | | | |
| | | | Professional Fee | | | | |
| | | ZEIT, LLC | Memo Amount:            62,500.00 | 1129-000 | | | |
| | | | Sale of Diamond Ring | | | | |
| 01/08/14 | | Congressional Bank | Bank Charges | 2600-000 | | 38.53 | 56,211.47 |
| 01/24/14 | | Transfer to Acct #*******0804 | Bank Funds Transfer | 9999-000 | | 56,211.47 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 62,500.00 | COLUMN TOTALS | 56,250.00 | 56,250.00 | 0.00 |
| Memo Allocation Disbursements: | 6,250.00 | Less:  Bank Transfers/CD's | 0.00 | 56,211.47 | |
| | | Subtotal | 56,250.00 | 38.53 | |
| Memo Allocation Net: | 56,250.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 56,250.00 | 38.53 | |

Page Subtotals          56,250.00          56,250.00

FORM 2  Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-02681 -CAD | |
| Case Name: | SYLVESTER, PATRICK W | |
| | DO, TAMMI T | |
| Taxpayer ID No: | *******5293 | |
| For Period Ending: | 11/18/14 | |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******0804  Congressional Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/14 | | Transfer from Acct #*******0416 | Bank Funds Transfer | 9999-000 | 56,211.47 | | 56,211.47 |
| 02/06/14 | | Congressional | Bank Charges | 2600-000 | | 15.40 | 56,196.07 |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 56,196.07 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | | 56,211.47 | 56,211.47 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | | 56,211.47 | 56,196.07 | |
| Memo Allocation Net: | 0.00 | | Subtotal | | 0.00 | 15.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 15.40 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 62,500.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 6,250.00 | | Checking Account - *******9812 | 0.00 | 54,146.07 | 0.00 |
| | | | Congressional Checking Account - *******0416 | 56,250.00 | 38.53 | 0.00 |
| Total Memo Allocation Net: | 56,250.00 | | Congressional Checking Account - *******0804 | 0.00 | 15.40 | 0.00 |
| | | | | ------------------- | ------------------- | ------------------- |
| | | | | 56,250.00 | 54,200.00 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    56,211.47    56,211.47